[No. 22459-0-I. Division One. July 31, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. JERRY L.
JONES, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88-1-01376-1, Terrence A. Carroll, J., entered

June 13, 1988. *Dismissed* by unpublished per curiam opinion.